FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC -1  AM 11: 55

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO.: CR506-5 |
| | : |
| CHARLES JAMES COOPER | : |
| NATHAN GLOVER | : |
| KIEEMA DAVIS | : |
| LASHONA COOPER | : |
| WILEY J. STRICKLAND | : |
| ANTHONY WILLIAMS | : |
| CHARICE BOYD | : |

## ORDER

Defendant Wiley J. Strickland ("Strickland") filed a Motion to Suppress. After conducting an evidentiary hearing on the Motion, Magistrate Judge James E. Graham issued a Report wherein he recommended that Strickland's Motion be denied. Strickland filed Objections to the Magistrate Judge's Report and Recommendation.

In his Objections, Strickland states that he objects to the Magistrate Judge's conclusions that Special Agent Stephen Tinsley's actions on the night in question were legally permissible and that crack cocaine found in the patrol car in which Strickland traveled to the jail should not be subject to suppression. However, Strickland does not object to the Magistrate Judge's Report and Recommendation with any specificity.

Strickland's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Special Agent Tinsley's actions were supported by the "reasonable suspicion" standard articulated in <u>Terry v. Ohio</u>, 392 U.S. 1, 88 S. Ct. 1868, 20 L. Ed. 2d 889 (1968). The crack cocaine found in the backseat of the patrol car is admissible against Strickland during the trial of this case. Defendant Strickland's Motion to Suppress is **DENIED**.

SO ORDERED, this 1st day of DECEMBER, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA